**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/08/2022

IN RE:

LAUREN A. SIMKO
479 BASSETT DRIVE
BETHEL PARK, PA 15102
XXX-XX-2920          Debtor(s)

Case No. 18-24558 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/8/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  MATTRESS FIRM/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 5494 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA  19103 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JPMORGAN CHASE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **GOLVASH & EPSTEIN LLC FORMERLY BRENNAN**<br>9 DEWALT AVE<br>PITTSBURGH, PA  15227 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  TRI BORO FCU/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL  33146 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:22<br>CLAIM:  0.00<br>COMMENT:  CL22GOV\*1256.33@CHASE/PL\*DKT4PMT-LMT\*BGN 12/18\*FR JPMORGAN-DOC 62\*I | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7077 |
| **FIRST NATIONAL BANK OF PA(\*)**<br>LOAN ADJUSTMENT DEPT\*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:6   INT %: 7.49%<br>Court Claim Number:9<br>CLAIM:  7,041.13<br>COMMENT:  $-%/OE-CONF\*CL=7791.13\*424.48@LTCD/PL\*DK\*W/68 | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 8731 |
| **BANKERS HEALTHCARE GROUP LLC**<br>201 SOLAR ST<br>SYRACUSE, NY  13204 | Trustee Claim Number:7   INT %: 15.99%<br>Court Claim Number:11<br>CLAIM:  42,612.12<br>COMMENT:  $-%/OE-CONF\*CL=$5286.78\*PMT/CL-PL@LTCD/PL\*UCC 1 BLANKET LIEN\*DK\*W/67 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 1443 |
| **BMW BANK OF NORTH AMERICA\*\***<br>C/O BMW FINANCIAL SERVICES NA LLC<br>PO BOX 3608<br>DUBLIN, OH  43016 | Trustee Claim Number:8   INT %: 0.90%<br>Court Claim Number:6<br>CLAIM:  23,150.00<br>COMMENT:  $-%-PMT/COE-CONF\*21412@.9%@675MO/PL\*W/60\*DK | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 2709 |
| **COURT OF COMMON PLEAS - ALLEGHENY COU**<br>FIFTH JUDICIAL DISTRICT OF PA<br>440 ROSS ST 5TH FL ADMIN WING<br>PITTSBURGH, PA  15219-2117 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  OUTSIDE?/PL\*NO$/SCH | CRED DESC:  SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: 2920 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:3-2<br>CLAIM:  17,167.48<br>COMMENT:  CL3-2GOV\*16021.18@0%/PL\*2920~15/SCH\*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 5767 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ADVANCED DERMATOLOGY & COSMETIC SURG**<br>C/O WAKEFIELD AND ASSOC INC<br>PO BOX 50250<br>KNOXVILLE, TN  37950-0250 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 220.47<br>COMMENT: 8442/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9190 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2797 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2797 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2797 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 5,398.61<br>COMMENT: 8684/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2005 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 8,210.79<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2008 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 9,798.42<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **AMERICAN EXPRESS**<br>PO BOX 981537<br>EL PASO, TX  79998 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0391 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 19,916.98<br>COMMENT: 3097/SCH*AVANT/WEBBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9771 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 7,995.47<br>COMMENT: 1164/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7511 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BANKERS HEALTHCARE GROUP**<br>C/O PINNACLE BANK<br>150 3RD AVE SOUTH STE 900<br>NASHVILLE, TN 37201 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 22,557.82<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2427 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1687 |
| **CHASE BANK USA NA(\*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 7,050.91<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1994 |
| **CHASE BANK USA NA(\*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 8,883.72<br>COMMENT: 3115/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9815 |
| **CHILDRENS COMMUNITY PEDIATRICS**<br>11279 PERRY HWY STE 450<br>WEXFORD, PA 15090-9303 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1201 |
| **CITIBANK NA(\*)++**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2475 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 6,517.23<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4552 |
| **EMILY PROGRAM PC**<br>PO BOX 856564<br>MINNEAPOLIS, MN 55485 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8336 |
| **FIRST NATIONAL BANK OF PA(\*)**<br>LOAN ADJUSTMENT DEPT\*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,933.52<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0093 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br><br>OMAHA, NE  68197-3106 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 561.25<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5729 |
| **JEFFERSON REGIONAL MED CNTR**<br>POB 18199<br><br>PITTSBURGH, PA  15236-0119 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5404 |
| **JEFFERSON REGIONAL MED CNTR**<br>POB 18199<br><br>PITTSBURGH, PA  15236-0119 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8656 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 3,137.65<br>COMMENT: KOHL'S | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6663 |
| **MED EXPRESS BILLING**<br>POB 719<br><br>DELLSLOW, WV  26531 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3908 |
| **MUSIC HUT**<br>1120 WHITMORE RD<br><br>NORTH HUNTINGDON, PA  15642 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DANIEL W PITUCH DMD MD PC**<br>316 SHILLS MEDICAL BLDG<br>575 COAL VALLEY RD<br><br>JEFFERSON HILLS, PA  15025 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2856 |
| **PROSPER MARKET PLACE**<br>PO BOX 396081<br><br>SAN FRANCISCO, CA  94139-6081 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9579 |
| **QUEST DIAGNOSTICS INC**<br>875 GREENTREE RD<br>4 PARKWAY CTR<br><br>PITTSBURGH, PA  15220 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1383 |
| **JANTZEN SIMKO**<br>403 MAYWOOD DR<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~ALSO LISTED/SCH H | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim Info | Credit Info |
|---|---|---|
| **SKIN PATHOLOGY SERVICES**<br>2660 E MARKET ST<br><br>WARREN, OH 44483 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5855 |
| **SOUTH HILLS ORTHO SURGERY ASSOCIATES**<br>2000 OXFORD DR STE 211<br><br>BETHEL PARK, PA 15102 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1643 |
| **SOUTH HILLS RADIOLOGY ASSOC(\*)**<br>PO BOX 3425<br><br>PITTSBURGH, PA 15230 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4576 |
| **SOUTH HILLS RADIOLOGY ASSOC(\*)**<br>PO BOX 3425<br><br>PITTSBURGH, PA 15230 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5120 |
| **ST CLAIR EMERGENCY**<br>PO BOX 1870<br><br>CARY, NC 15243 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1436 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA 15243-0899 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1203 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA 15243-0899 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5764 |
| **ST CLAIR URGENT CARE**<br>PO BOX 645163<br><br>PITTSBURGH, PA 15264 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5386 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 20<br><br>CLAIM: 1,829.61<br>COMMENT: SYNCHRONY/MATTRESS FIRM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5494 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9761 |

| Creditor | Claim Info | Description |
|---|---|---|
| **TRI BORO FEDERAL CREDIT UNION*** <br> 600 E 8TH AVE <br><br> HOMESTEAD, PA 15120-1806 | Trustee Claim Number: 51  INT %: 0.00% <br> Court Claim Number: 21-2 <br><br> CLAIM: 424.90 <br> COMMENT: W/64*AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2484 |
| **UPMC PHYSICIAN SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br><br> MINNEAPOLIS, MN 55440 | Trustee Claim Number: 52  INT %: 0.00% <br> Court Claim Number: 15 <br><br> CLAIM: 147.51 <br> COMMENT: 8424/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2920 |
| **WEST PENN POWER*** <br> ATTN BANKRUPTCY <br> 5001 NASA BLVD <br><br> FAIRMONT, WV 26554 | Trustee Claim Number: 53  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1894 |
| **ALLTRAN FINANCIAL** <br> PO BOX 722910 <br><br> HOUSTON, TX 77172-2910 | Trustee Claim Number: 54  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **CMC** <br> POB 16346 <br><br> PITTSBURGH, PA 15242-0346 | Trustee Claim Number: 55  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **CREDITECH** <br> POB 99* <br><br> BANGOR, PA 18013 | Trustee Claim Number: 56  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **NATIONWIDE CREDIT CORP** <br> POB 9156 <br><br> ALEXANDRIA, VA 22304-0156 | Trustee Claim Number: 57  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **STATE COLLECTION SERVICE INC** <br> 2509 S STOUGHTON RD <br> PO BOX 6250 <br><br> MADISON, WI 53701 | Trustee Claim Number: 58  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br><br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 59  INT %: 0.00% <br> Court Claim Number: 3-2 <br><br> CLAIM: 1,100.89 <br> COMMENT: CL3-2GOV*NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5767 |
| **BMW BANK OF NORTH AMERICA**** <br> C/O BMW FINANCIAL SERVICES NA LLC <br> PO BOX 3608 <br><br> DUBLIN, OH 43016 | Trustee Claim Number: 60  INT %: 0.00% <br> Court Claim Number: 6 <br><br> CLAIM: 3,884.56 <br> COMMENT: UNS BAL/COE*NO GEN UNS/SCH*W/8*DK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2709 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:61  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 91.19<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:62  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ADVANCED DERMATOLOGY & COSMETIC SURG**<br>C/O WAKEFIELD AND ASSOC INC<br>PO BOX 50250<br><br>KNOXVILLE, TN  37950-0250 | Trustee Claim Number:63  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 354.88<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9191 |
| **TRI BORO FEDERAL CREDIT UNION***<br>600 E 8TH AVE<br><br>HOMESTEAD, PA  15120-1806 | Trustee Claim Number:64  INT %: 0.00%<br>Court Claim Number:21-2<br>CLAIM: 0.00<br>COMMENT: SETOFF/DOE*NO SEC/SCH-PL*W/51*AMD CL=$0 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2484 |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br><br>CORAL GABLES, FL  33146 | Trustee Claim Number:65  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 127.54<br>COMMENT: CL22GOV*$0ARRS/PL*THRU 11/18*FR JPMORGAN-DOC 62*FR BAYVIEW-DOC 76 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7077 |
| **MUNICIPALITY OF BETHEL PARK (SWG)**<br>C/O JORDAN TAX SVC-CURR & DELQ YRS<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:66  INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 44.88<br>COMMENT: 773-L-301;THRU 11/23/18*CL24GOV*YR NT/SCH-PL*WNTS 10%*GU BAR TIMELY | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: L301 |
| **BANKERS HEALTHCARE GROUP LLC**<br>201 SOLAR ST<br><br>SYRACUSE, NY  13204 | Trustee Claim Number:67  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 2,674.66<br>COMMENT: UNS BAL/OE*NT/SCH*DK*W/7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1443 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA  16148 | Trustee Claim Number:68  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 750.00<br>COMMENT: UNSEC BAL/OE*NT/SCH*DK*W/6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8731 |
| **DSO Receipient** | Trustee Claim Number:69  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: N ID 258585 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:70  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |