**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LAUREN A. SIMKO

|  |  |
|---|---|
| Debtor(s) | Case No. 18-24558CMB |
| | Chapter 13 |
| Ronda J. Winnecour | Document No.____ |
| Movant | |
| vs. | |
| COMMUNITY LOAN SERVICING LLC | |
| Respondent(s) | |

## NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full.  The Trustee will not make any further payments to the creditor for taxes, insurance, or other escrow items. Going forward the debtor(s) shall pay property taxes and insurance premiums directly.

The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.

Trustee Record Number - 65
Court Claim Number - 22

8/16/2022

/s/   Ronda J. Winnecour
Pa. ID  #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LAUREN A. SIMKO

       Debtor(s)

Ronda J. Winnecour

       Movant

vs.

COMMUNITY LOAN SERVICING LLC

       Respondent(s)

Case No.18-24558CMB

Chapter 13

Document No.____

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

LAUREN A. SIMKO, 479 BASSETT DRIVE, BETHEL PARK, PA  15102

JOHN SEMBRAT ESQ, 300 MT LEBANON BLVD STE 208C, PITTSBURGH, PA  15234

COMMUNITY LOAN SERVICING LLC, ATTN CASHIERING DEPT, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL  33146
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

08/16/2022

/s/ Roberta Saunier
_____

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com