IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Lauren A Simko | ) | Case No. 18-24558CMB |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| Ronda J. Winnecour, | ) | Re. Doc. 84 |
| Chapter 13 Trustee | ) | |
| | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| Community Loan Servicing LLC | ) | |
| | ) | |
| | ) | |
| Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

The Trustee's Notice That Mortgage Claim Has Been Paid in Full that was filed

in the above-referenced case on August 16, 2022 (document #84) is hereby

WITHDRAWN.

Respectfully submitted

8/16/2022                           /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Lauren A Simko | ) | Case No. 18-24558CMB |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| Ronda J. Winnecour, | ) | Re. Doc. 84 |
| Chapter 13 Trustee | ) | |
| | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| Community Loan Servicing LLC | ) | |
| | ) | |
| | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

LAUREN A. SIMKO
479 BASSETT DRIVE
BETHEL PARK, PA  15102

JOHN SEMBRAT ESQ
300 MT LEBANON BLVD STE 208C
PITTSBURGH, PA  15234

COMMUNITY LOAN SERVICING LLC
ATTN CASHIERING DEPT
4425 PONCE DE LEON BLVD  5TH FL
CORAL GABLES, FL  33146

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

<u>8/16/2022</u>
date

<u>/s/ Roberta Saunier</u>
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566