| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Lauren A. Simko a/k/a Lauren Simko a/k/a Lauren A. Vavrek a/k/a Lauren Ann Vavrek a/k/a Lauren Vavrek |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of PA (State) |
| Case number: | 18-24558-CMB |

Official Form 4100R

# Response to Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** Nationstar Mortgage LLC

**Court Claim no.** (if known) **22**

**Last 4 digits of any number you use to identify the debtor's account:** XXXXXX5858

**Property address:** 479 Bassett Dr
Number    Street

Bethel Park, PA 15102
City          State     Zip Code

## Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

## Part 3: Postpetition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on:   9/1/2022
MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total postpetition ongoing payments due:                              (a) $_____
b. Total fees, charges, expenses, escrow, and costs outstanding:      (b) $_____
c. **Total**. Add lines a and b.                                          (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on:    __/__/__
MM / DD / YYYY

| Debtor 1 | Lauren A. Simko a/k/a Lauren Simko a/k/a Lauren A. Vavrek a/k/a Lauren Ann Vavrek a/k/a Lauren Vavrek | Case number: 18-24558-CMB |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  */s/ Christopher A. DeNardo*      Date: 09/06/2022
   Signature

**Print:** Christopher A. DeNardo
          First Name   Middle Name   Last Name

**Title:** Attorney for and on behalf of Nationstar Mortgage LLC (as servicer for creditor)

**Company:** LOGS Legal Group LLP

**Address:** 3600 Horizon Drive, Suite 150
            Number   Street
            King of Prussia, PA 19406
            City                State   ZIP Code

**Contact phone:** (610) 278-6800

**Email:** logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 09/06/2022

John Sembrat
P.O. Box 12630
Pittsburgh, PA 15241

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Lauren A. Simko a/k/a Lauren Simko a/k/a Lauren A. Vavrek a/k/a Lauren Ann Vavrek a/k/a Lauren Vavrek
479 Bassett Drive
Bethel Park, PA 15102

/s/ Christopher A. DeNardo

Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com