**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: LAUREN A. SIMKO, | Bankruptcy No.: 18-24558-CMB |
| **Debtor,** | |
| | Chapter 13 |

## NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND SERVICE OF PAPERS

Please take notice that David L. Fuchs, of Fuchs Law Office, LLC, as counsel on behalf of Lauren A. Simko, the Debtor herein, hereby enters his appearance in the above proceeding, and pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

David L. Fuchs
554 Washington Avenue
Carnegie, PA 15106
Telephone: (412) 223-5404
Fax: (412) 223-5406
Email: dfuchs@fuchslawoffice.com

## DECLARATION IN LIEU OF AFFIDAVIT

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, telephone or otherwise.

                                          Respectfully Submitted,

Date: <u>March 20, 2023</u>                  <u>*/s/ David L. Fuchs*</u>
DAVID L. FUCHS
PA I.D. #205694
Fuchs Law Office, LLC
554 Washington Ave, First Floor
Carnegie, PA  15106
(412) 223-5404 (phone)
(412) 223-5406 (facsimile)
dfuchs@fuchslawoffice.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: LAUREN A. SIMKO, | Bankruptcy No.: 18-24558-CMB |
| **Debtor,** | |
| | **Chapter 13** |

David L. Fuchs hereby certifies, that on the 20th day of March, 2023 a true and correct copy of the foregoing **NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND SERVICE OF PAPERS** was served upon the following *(via electronic service or First Class Mail):*

Office of the U.S. Trustee
970 Liberty Center
Bldg.1001 Liberty Avenue
Pittsburgh, PA 15222

Ronda J. Winnecour
US Steel Tower, Suit 3250
600 Grant Street
Pittsburgh, PA 15219
rwinnecour@chapter13trusteewdpa.com


Date: March 20, 2023             */s/ David L. Fuchs*
                                 DAVID L. FUCHS
                                 PA I.D. #205694
                                 Fuchs Law Office, LLC
                                 554 Washington Ave, First Floor
                                 Carnegie, PA  15106
                                 (412) 223-5404 (phone)
                                 (412) 223-5406 (facsimile)
                                 dfuchs@fuchslawoffice.com