## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: LAUREN A. SIMKO,                                    Bankruptcy No.: 18-24558-CMB

                              Debtor,
                                                           Chapter 13

LAUREN A. SIMKO,


                              Movant,

        vs.

NO RESPONDENT.

### CERTIFICATE OF SERVICE

I, David L. Fuchs, hereby certify, that on the 18th day of April, 2023, a true and correct copy of the **DEBTOR'S AMENDED SCHEDULES** was served upon the following (via electronic service and/or First Class Mail as indicated):


*See Attached List*

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 18-24558
WESTERN DISTRICT OF PENNSYLVANIA
MON APR 17 11-7-20 PST 2023

EXCLUDE
(U)BAYVIEW LOAN SERVICING LLC ETAL

EXCLUDE
(U)BMW BANK OF NORTH AMERICA

BMW BANK OF NORTH AMERICA  CO AIS
PORTFOLIO
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE
(U)BAYVIEW LOAN SERVICING LLC

EXCLUDE
(U)COMMUNITY LOAN SERVICING LLC

EXCLUDE
(U)JPMORGAN CHASE BANK NATIONAL
ASSOCIATION

MUNICIPALITY OF BETHEL PARK
GOEHRING RUTTER AND BOEHM
437 GRANT STREET  14TH FLOOR
FRICK BUILDING
PITTSBURGH  PA 15219-6101

EXCLUDE
(U)NATIONSTAR MORTGAGE LLC

PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK  VA 23541-1021

PEOPLES NATURAL GAS COMPANY LLC
CO S JAMES WALLACE  PC
845 N LINCOLN AVE
PITTSBURGH  PA 15233-1828

TRI BORO FEDERAL CREDIT UNION
600 EAST EIGHTH AVENUE
MUNHALL  PA 15120-1900

EXCLUDE
2
US BANKRUPTCY COURT
5414 US STEEL TOWER
600 GRANT STREET
PITTSBURGH  PA 15219-2703

(P)WAKEFIELD  ASSOCIATES
PO BOX 51272
KNOXVILLE TN 37950-1272

ADVANCED DERMATOLOGY AND COSMETIC
SURGERY
PO BOX 864046
ORLANDO  FL 32886-4046

ALLEGHENY COUNTY FAMILY DIVISION
621 CITY COUNTY BUILDING
414 GRANT STREET
PITTSBURGH  PA 15219-2409

ALLEGHENY HEALTH NETWORK
PO BOX 645266
PITTSBURGH  PA 15264-5250

ALTRAN FINANCIAL  LP
PO BOX 722929
HOUSTON  TX 77272-2929

AMERICAN EXPRESS
PO BOX 297858
FT LAUDERDALE  FL 33329-7858

AMERICAN EXPRESS
PO BOX 981537
EL PASO  TX 79998-1537

AMERICAN EXPRESS LEGAL
PO BOX 278
RAMSEY  NJ 07446-0278

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AVANT
SUITE 1700
222 N LASALLE STREET
CHICAGO  IL 60601-1101

BMW BANK OF NORTH AMERICA  NA
DEPT APS
4515 N SANTA FE AVENUE
OKLAHOMA  OK 73118-7901

(P)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

BANK OF AMERICA  NA
P O BOX 982284
EL PASO  TX 79998-2284

BANK OF AMERICA  NA
PO BOX 982238
EL PASO  TX 79998-2238

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

BANKERS HEALTHCARE GROP
PO BOX 332509
MURFREESBORO   TN 37133-2509

BANKERS HEALTHCARE GROUP
CO PINNACLE BANK
150 3RD AVE S
STE 900
NASHVILLE   TN 37201-2034

(P)BANKERS HEALTHCARE GROUP LLC
ATTN BANKRUPTCY DEPT
201 SOLAR STREET
SYRACUSE NY 13204-1425

BAYVIEW LOAN SERVICING  LLC
4425 PONCE DE LEON BLVD  5TH FLOOR
CORAL GABLES   FL 33146-1839

CAPITAL ONE BANK USA  NA
10700 CAPITAL ONE WAY
RICHMOND VA 23060-9243

CAPITAL ONE   NA
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

CHASE BANK USA  NA
CO ROBERTSON  ANSCHUTZ  SCHNEID  PL
6409 CONGRESS AVENUE  SUITE 100
BOCA RATON  FL 33487-2853

(P)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CHILDRENS COMMUNITY PEDIATRICS
PO BOX 360371
PITTSBURGH  PA 15251-6371

CITIBANK  NA
PO BOX 6004
SIOUX FALLS  SD 57117-6004

COLLECTION SERVICE CENTER
PO BOX 560
NEW KENSINGTON  PA 15068-0560

COMMUNITY LOAN SERVICING  LLC
4425 PONCE DE LEON BLVD  5TH FLOOR
CORAL GABLE  FL 33146-1839

CREDIT MANAGEMENT COMPANY
PO BOX 16346
PITTSBURGH  PA 15242-0346

CREDITECH COLLECTION SOLUTIONS
PO BOX 99
BANGOR  PA 18013-0099

DANIEL W PITUCH  DMD  MD  PC
SUITE 316
575 COAL VALLEY ROAD
JEFFERSON HILLS  PA 15025-3725

DANIEL W PITUCH  DMD  MD  PC
SUITE 630
580 S AIKEN AVENUE
PITTSBURGH  PA 15232-1531

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY  OH  43054-3025

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

EMILY PROGRAM PC
PO BOX 856564
MINNEAPOLIS  MN 55485-6564

(P)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

EXCLUDE
(D)(P)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

FIRST NATIONAL BANK OF PENNSYLVANIA
4140 E STATE STREET
HERMITAGE  PA 16148-3401

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA  PA 19101-7346

EXCLUDE
(D)(P)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

EXCLUDE
(D)(P)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JANTZEN SIMKO
403 MAYWOOD DRIVE
BETHEL PARK  PA 15102-1671

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

JEFFERSON REGIONAL MEDICAL CENTER
565 COAL VALLEY ROAD
JEFFERSON HILLS  PA 15025-3703

KOHLS DEPARTMENT STORE
PO BOX 3115
MILWAUKEE  WI 53201-3115

LEGALZOOM
CO CAINE AND WEINER
SUITE 300
12005 FORD ROAD
DALLAS  TX 75234-7262

MEDEXPRESS
PO BOX 719
DELLSLOW  WV 26531-0719

MUNICIPALITY OF BETHEL PARK
GOEHRING  RUTTER  BOEHM
CO JEFFREY R HUNT  ESQUIRE
437 GRANT STREET  14TH FLOOR
FRICK BUILDING
PITTSBURGH  PA 15219-6101

MUSIC HUT
1120 WHITMORE ROAD
NORTH HUNTINGTON  PA 15642-2913

(P)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

NATIONWIDE CREDIT  INC
PO BOX 14581
DES MOINES  IA 50306-3581

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE  SUITE 970
PITTSBURGH  PA 15222-3721

~~EXCLUDE~~
~~(D)PRA RECEIVABLES MANAGEMENT  LLC~~
~~PO BOX 41921~~
~~NORFOLK  VA 23541 1021~~

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PROSPER MARKETPLACE
SUITE 300
221 MAIN STREET
SAN FRANCISCO  CA 94105-1909

QUEST DIAGNOSTICS
4 PARKWAY CENTER
875 GREENTREE ROAD
PITTSBURGH  PA 15220-3613

SKIN PATHOLOGY ASSOCIATES  LLC
DEPT SF17
PO BOX 830525
BIRMINGHAM  AL 35283-0525

SOUTH HILLS ORTHOPAEDIC SURGERY
ASSOCIATES
SUITE 211
2000 OXFORD DRIVE
BETHEL PARK  PA 15102-1898

SOUTH HILLS RADIOLOGY ASSOCIATES
PO BOX 49
PITTSBURGH  PA 15230-0049

ST CLAIR EMERGENCY
PO BOX 1870
CARY  NC 27512-1870

ST CLAIR HOSPITAL
1000 BOWER HILL ROAD
PITTSBURGH  PA 15243-1899

ST CLAIR URGENT CARE
PO BOX 1870
CARY  NC 27512-1870

(P)STATE COLLECTION SERVICE INC
2509 S STOUGHTON RD
MADISON WI 53716-3314

SYNCHRONY BANK
PO BOX 965033
ORLANDO  FL 32896-5033

TRANSWORLD SYSTEMS
PO BOX 15273
WILMINGTON  DE 19850-5273

TRI BORO FEDERAL CREDIT UNION
600 EAST 8TH AVENUE
MUNHALL  PA 15120-1900

UPMC HEALTH SERVICES
PO BOX 371472
PITTSBURGH  PA 15250-7472

UPMC PHYSICIAN SERVICES
PO BOX 1123
MINNEAPOLIS MN 55440-1123

VELOCITY PORTFOLIO GROUP
SUITE 303
1800 STATE ROUTE 34
WALL TOWNSHIP NJ 07719-9146

VELOCITY PORTFOLIO GROUP
SUITE 404A
1800 ROUTE 34N
WALL  NJ 07719-9147

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 248838
OKLAHOMA CITY  OK  73124-8838

WEST PENN POWER
76 SOUTH MAIN STREET
AKRON  OH 44308-1817

DAVID L FUCHS
FUCHS LAW OFFICE  LLC
554 WASHINGTON AVE  FIRST FLOOR
CARNEGIE  PA 15106-2878

JOHN SEMBRAT
PO BOX 12630
PITTSBURGH  PA 15241-0630

DEBTOR
LAUREN A SIMKO
479 BASSETT DRIVE
BETHEL PARK  PA 15102-3205

RONDA J WINNECOUR
SUITE 3250  USX TOWER
600 GRANT STREET
PITTSBURGH  PA 15219-2702

Date: April 18, 2023

/s/ David L. Fuchs
David L. Fuchs
PA I.D. #205694
Fuchs Law Office, LLC
554 Washington Avenue
First Floor
Carnegie, PA 15106
(412) 223-5404 phone
(412) 223-5406 fax