**Date: 04/17/2023 01:30 pm**

**In re:   Lauren A. Simko**

**Bankruptcy No. 18-24558-CMB**
**Chapter: 13**
**Doc. # 94**

**Appearances:  BY ZOOM:  Owen Katz**
**David Fuchs**

**Nature of Proceeding: #94 Motion To Compel Debtor To Amend Schedules and To File Amended Plan**

**Additional Pleadings: #98 Response by Debtor**

**OUTCOME:  Hearing held.   Matter continued to 5/25/2023 at 2:30 p.m.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
4/18/23 9:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 18-24558-CMB

Lauren A. Simko                                                                  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 18, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lauren A. Simko, 479 Bassett Drive, Bethel Park, PA 15102-3205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| David L. Fuchs | on behalf of Debtor Lauren A. Simko dfuchs@fuchslawoffice.com  9924@notices.nextchapterbk.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Apr 18, 2023                 Form ID: pdf900                          Total Noticed: 1

Jeremy J. Kobeski
          on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pawb@fedphe.com,
mcupec@grenenbirsic.com

John Sembrat
          on behalf of Debtor Lauren A. Simko john@sembratlaw.com

Laurence A. Mester
          on behalf of Creditor BMW Bank of North America lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Lorraine Gazzara Doyle
          on behalf of Creditor NATIONSTAR MORTGAGE LLC ldoyle@logs.com  logsecf@logs.com

Marilyn Le Lodico
          on behalf of Creditor Tri Boro Federal Credit Union mlodico@sitkobruno.com

Mario J. Hanyon
          on behalf of Creditor BAYVIEW LOAN SERVICING  LLC et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
          on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pawb@fedphe.com


TOTAL: 16