IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO 18-24558-CMB |
| LAUREN A. SIMKO,<br>    Debtor(s). | Chapter 13 |
| | Related to Doc. No. 100 |
| LAUREN A. SIMKO,<br>    Movant, | |
| vs. | |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,<br>    Respondent(s). | |

### ORDER OF COURT RESOLVING DISPOSITION OF BALANCE ON HAND IN CONSIDERATION OF TRUSTEE'S CONSENT TO DISMISSAL

A. Debtor has filed a Motion to Dismiss Chapter 13 Case because of an inheritance which will afford her the ability to pay her creditors and manage the financial issues which required her to file the case.

B. Trustee will not dispute the dismissal based on the agreement that the full balance on hand at the date of this agreement, that being April 21, 2023, in the amount of $11,426.10, will be distributed to Unsecured Creditors.

WHEREFORE, the Debtor and Trustee agree as follows:

1. In accordance with the authority of 11 U.S.C. §349(b), notwithstanding the dismissal of the case, the Trustee shall retain possession of balance of funds on hand as of April 21, 2023, in the amount of $11,426.10 and shall distribute it to timely filed general unsecured creditors after deduction of applicable Trustee fees.

2. Trustee consents to the case being dismissed.

_____
U. S. Bankruptcy Judge

Agreed and consented to:

/s/ Owen Katz
Owen Katz, Esquire,
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
E-mail: okatz@chapter13trusteewdpa.com
Attorney for Trustee

/s/ David L. Fuchs
DAVID L. FUCHS
Fuchs Law Office, LLC
554 Washington Ave, First Floor
Carnegie, PA  15106
(412) 223-5404 (phone)
dfuchs@fuchslawoffice.com
Attorney for the Debtor