IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO 18-24558-CMB |
| LAUREN A. SIMKO,<br>    Debtor(s). | Chapter 13 |
| | Related to Doc. No. 100 |
| LAUREN A. SIMKO,<br>    Movant, | |
| vs. | |
| RONDA J. WINNECOUR, CHAPTER 13<br>TRUSTEE,<br>    Respondent(s). | |

**ORDER OF COURT RESOLVING DISPOSITION OF BALANCE ON HAND IN CONSIDERATION OF TRUSTEE'S CONSENT TO DISMISSAL**

A.    Debtor has filed a Motion to Dismiss Chapter 13 Case because of an inheritance which will afford her the ability to pay her creditors and manage the financial issues which required her to file the case.

B.    Trustee will not dispute the dismissal based on the agreement that the full balance on hand at the date of this agreement, that being April 21, 2023, in the amount of $11,426.10, will be distributed to Unsecured Creditors.

WHEREFORE, the Debtor and Trustee agree as follows:

1.    In accordance with the authority of 11 U.S.C. §349(b), notwithstanding the dismissal of the case, the Trustee shall retain possession of balance of funds on hand as of April 21, 2023, in the amount of $11,426.10 and shall distribute it to timely filed general unsecured creditors after deduction of applicable Trustee fees.

2.    Trustee consents to the case being dismissed. **

FILED
5/2/23 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*
U. S. Bankruptcy Judge    glb

**The #[94] Motion To Compel Debtor To Amend Schedules and To File Amended Plan is Moot due to the entry of this Order. The Continued Hearing scheduled for May 25, 2023, at 2:30 p.m. is CANCELLED. A separate Order will be entered Dismissing this Case.

Page **1** of **2**

Agreed and consented to:

/s/ Owen Katz
Owen Katz, Esquire,
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
E-mail: okatz@chapter13trusteewdpa.com
**Attorney for Trustee**

/s/ David L. Fuchs
DAVID L. FUCHS
Fuchs Law Office, LLC
554 Washington Ave, First Floor
Carnegie, PA  15106
(412) 223-5404 (phone)
dfuchs@fuchslawoffice.com
**Attorney for the Debtor**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24558-CMB |
| Lauren A. Simko | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lauren A. Simko, 479 Bassett Drive, Bethel Park, PA 15102-3205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 04, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| David L. Fuchs | on behalf of Debtor Lauren A. Simko dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Jeremy J. Kobeski
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pawb@fedphe.com, mcupec@grenenbirsic.com

John Sembrat
    on behalf of Debtor Lauren A. Simko john@sembratlaw.com

Laurence A. Mester
    on behalf of Creditor BMW Bank of North America lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Lorraine Gazzara Doyle
    on behalf of Creditor NATIONSTAR MORTGAGE LLC ldoyle@logs.com  logsecf@logs.com

Marilyn Le Lodico
    on behalf of Creditor Tri Boro Federal Credit Union mlodico@sitkobruno.com

Mario J. Hanyon
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pawb@fedphe.com

TOTAL: 16